# DISCOUNT ANALYSIS FOR
# DURBIN, LARIMORE, & BIALICK, PC.


Red Maple

Christopher W. Young, Ph.D., MBA, MAFF, CVA
Red Maple Economics LLC
www.redmapecon.com
347-522-0480

June 17, 2019



DURBIN, LARIMORE & BIALICK, PC                                                                1

## Background and Qualifications

My name is Christopher W. Young and I am a Professor of Management at Rutgers University School of Business, where I presently teach business ethics and strategy. Previously I was a Professor of economics, finance, and political economy at Seton Hall University's Stillman School of Business and School of Diplomacy. In addition, I am the managing member of Red Maple Economics LLC; a forensic and strategy consulting firm. I have approximately twenty-five (25) years of experience valuing companies, partnerships, personal injury loss, intangible assets and related non-marketable securities, working with C-level executives, attorneys, bankers, venture capitalists, entrepreneurs, government officials and the like. Also, I has held senior and executive level positions in finance, strategy, M&A, partnerships, sales and product management for Fortune 1,000 companies such as Thomson Reuters, Dow Jones (NewsCorp.), and CIT (Newcourt Financial, Dell Venture Products), and smaller firms such as ComVest Ventures where I negotiated, managed and implemented partnerships, JVs, and acquisitions. Previously I managed a venture capital and private equity fund for The CIT Group and another for ComVest Ventures. Before starting Red Maple, I was the partner in charge of valuation, economic damages and litigation support services at Sobel & Co, LLC.

I publish articles in peer-reviewed journals, trade journals, and I participate in many industry organizations (NAFE, NACVA, CPDE, AEA, ASSA, and ACE), routinely speak at industry and academic trade events, and provide various continuing education classes for the legal and business community. I hold a PhD and MBA from Rutgers University and I am a certified valuation analyst (CVA) and a master analyst in financial forensics (MAFF). Additional details of my background are attached as an appendix to this Commentary.

Case 5:18-cv-01240-C   Document 221-2   Filed 06/17/19   Page 3 of 19

DURBIN, LARIMORE & BIALICK, PC                                                                    2

## Certification

This is to certify that:

1.      I am not related to any of the parties requesting this Report;

2.      I do not have any present or intended financial interest in this Report beyond the fees due for professional services rendered in connection with this Report and possible subsequent services;

3.      my professional fees are based on the time expended on the services provided in connection with this Report;

4.      all assumptions, methodologies, and calculations utilized in this Report are based on current knowledge and methods applied in the forensic industry; and that

5.      this Report and the analysis performed within it are completed in accordance with the Professional Standards of the National Association of Forensic Economics.

_____
Christopher W. Young



DURBIN, LARIMORE & BIALICK, PC                                                                    3

## Purpose of the Engagement and Findings

Red Maple Economics LLC ("Red Maple") was engaged by Durbin, Larimore and Bialick, PC to determine the present value of unpaid catastrophic insurance benefits due to Kaitlin Hamilton ("Hamilton").[1]  While competing as an athlete at Oklahoma State University, Hamilton was insured for $20,000,000 by Mutual of Omaha to cover athletic injuries.[2]  Between December 2009 and January 2010, Hamilton was injured.  On July 2, 2010, the Mutual of Omaha ("Insurer") accepted a claim for Hamilton and determined the claim as a covered injury.  Mutual of Omaha provided benefits for the next seven years, ending on August 17, 2017.[3]  The total value of the benefits provided, as of August 17, 2017 are $1,551,942,[4] or $1,900,000.[5]  Based on my review of various records, there are some conflicting statements with respect to how much has been by the Mutual of Omaha to Hamilton. Considering the contradiction in the records, I provide the present value of the unpaid insurance benefits to be $18,448,058 or $18,100,000, respectively.

In her report, *An Appraisal of Economic Loss Resulting from Impairment to Kaitlin Hamilton* ("Appraisal"), dated December 19, 2016, Kristin Kucsma ("Kucsma") of Sobel Tinari Economics Group opines that the statistical date of death for Hamilton is May 8, 2071.[6]  I estimate that had the Insurer continued to make payments to Hamilton from August 17, 2017 until May 8, 2071, she would have received yearly equal payments of $343,425, based on unpaid benefits of $18,448,058 or $336,946, based on unpaid benefits of $18,100,000, respectively.  On Schedules one (1) and two (2) attached here, I present the yearly payments from August 17, 2017 until Hamilton's statistical date of death, May 8, 2071.

In a letter ("Letter") that followed the Appraisal, Kucsma represents a calculation of loss through the Plaintiff's *rated age life expectancy*, or December 31, 2055.[7]  I estimate that had the Insurer continued to make payments to Hamilton from August 17, 2017 until December 31, 2055, she would have received yearly equal payments of $480,761, based on unpaid benefits of $18,448,058 or $471,691, based on unpaid benefits of $18,100,000, respectively.  On Schedules three (3) and four (4) attached here, I present the yearly payments from August 17, 2017 until Hamilton's rated age life expectancy, December 31, 2055.

Considering the catastrophic nature of Hamilton's injuries, and further considering her medical needs I select a discount rate commensurate with risk associated with an individual who does not, and cannot absorb any sort of investment failure, or reduction in future principal. Seeing this, I select assets of limited risk to be most appropriate to Hamilton.  United States short-term

---

[1] Joint Status Report, and Discovery Plan, United States District Court for the Western District of Oklahoma, Case No. 5:18-cv-01240-C.
[2] *ibid.* p. 2.
[3] *ibid.*
[4] Mutual of Omaha, Amended Intervenor Complaint for Declaratory Judgment, p. 4.
[5] Mutual of Omaha, Initial Disclosures Pursuant to F.R.Civ. P. 26(a)(1)A)., p. 4.
[6] An Appraisal of Economic Loss Resulting from Impairment to Kaitlin Hamilton, dated December 19, 2016, p. 3.
[7] Letter from Kristin Kucsma (Tinari Economics) to Stephanie O'Connor, R.N., B.S.N., Esq., dated February 10, 2017, p. 2.

Red Maple

Case 5:18-cv-01240-C   Document 221-2   Filed 06/17/19   Page 5 of 19

DURBIN, LARIMORE & BIALICK, PC                                                    4

Bills and medium-term Bonds typically have less exposure to fluctuations in monetary policy, and therefore most appropriate. Similarly, I do not consider equity investments as an option both in the short-term or long-term, in view of the inherent risk associated with fluctuations in equity prices. I also assume that Hamilton will need to have a reasonable level of cash on hand, and so I estimate 30.0% of her investment in cash, with remaining balance in short-term and medium-term US Treasuries. The allocation provided is based on a very conservative, low risk portfolio, proportionate with an investor that cannot afford much change in the underlying principal balance.[8]

I allocate 30.0%, 25.0%, 25.0% and 20.0% of the principal into four asset types: cash (jumbo money markets > $100,000), thirteen (13) week Bills, twenty- six (26) week Bills, and ten (10) year Treasury Notes, respectively. The future yields on each asset is calculated (separately) using a time-based historical average. For instance, the most recent one (1) year historical average of an asset is used to forecast the 1st year yield on the asset; and a (2) two-year historical average is used to calculate the 2nd year yield on the asset, et cetera. Once complete, a yearly weighted-average is calculated, based on the independent yields on each of the assets. This is a weighted average, laddered discount approach. To calculate the time-based historical averages, the asset returns from January 2002 to August 2017 for the Bills and Notes were used.[9] Due to limited history, the returns on Jumbo Money Market accounts beginning in May 2009 and ending on August 15, 2017 are used to calculate the expected future returns on the cash assets.[10]

Based on my calculations on Schedules one (1) and two (2), the present value of future payments to Hamilton, beginning on August 17, 2017 and ending on May 8, 2071 is $13,242,252 and $12,992,411. On Schedules three (3) and four (4), the present value of future payments to Hamilton beginning on August 17, 2017 and ending on December 31, 2055 is $14,544,228 and $14,269,823.

I reserve the right to update this report, should additional information become available.

---

[8] Retirement Portfolio Allocation, Schwab,
https://www.schwab.com/public/schwab/investing/retirement_and_planning/retirement_income /portfolio_allocation
[9] United States, Department of Treasury, Historical Treasury Yields, https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=longtermrate
[10] Federak Reserve Economic Data, Economic Research Division. https://fred.stlouisfed.org

**Schedule 1**
**Calculation based on $18,448,058**
*15 year lookback - 2 cycles*

| | | | | | | | 30% | 25% | 25% | 20% | 100% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | From | To | % of Year | Total Yearly Payment | Yearly Payment | Cash / Money Market Jumbo | 13 Weeks | 26 Weeks | 10 Year Treasury | Rate | | Present Value |
| 0.37 | 8/17/17 | 12/31/17 | 37.26% | $ 343,425 | 127,961 | 0.12 | 0.79 | 0.91 | 2.35 | 0.93 | | 127,520 |
| 1.37 | 1/1/18 | 12/31/18 | 100.00% | 343,425 | 343,425 | 0.12 | 0.49 | 0.62 | 2.35 | 0.78 | | 339,765 |
| 2.37 | 1/1/19 | 12/31/19 | 100.00% | 343,425 | 343,425 | 0.12 | 0.32 | 0.44 | 2.35 | 0.70 | | 337,820 |
| 3.37 | 1/1/20 | 12/31/20 | 100.00% | 343,425 | 343,425 | 0.12 | 0.24 | 0.34 | 2.35 | 0.65 | | 336,003 |
| 4.37 | 1/1/21 | 12/31/21 | 100.00% | 343,425 | 343,425 | 0.13 | 0.20 | 0.28 | 2.35 | 0.63 | | 334,151 |
| 5.37 | 1/1/22 | 12/31/22 | 100.00% | 343,425 | 343,425 | 0.14 | 0.18 | 0.26 | 2.35 | 0.62 | | 332,206 |
| 6.37 | 1/1/23 | 12/31/23 | 100.00% | 343,425 | 343,425 | 0.16 | 0.16 | 0.23 | 2.35 | 0.62 | | 330,240 |
| 7.37 | 1/1/24 | 12/31/24 | 100.00% | 343,425 | 343,425 | 0.20 | 0.16 | 0.23 | 2.35 | 0.62 | | 328,018 |
| 8.37 | 1/1/25 | 12/31/25 | 100.00% | 343,425 | 343,425 | 0.24 | 0.16 | 0.23 | 2.35 | 0.64 | | 325,579 |
| 9.37 | 1/1/26 | 12/31/26 | 100.00% | 343,425 | 343,425 | 0.24 | 0.29 | 0.38 | 2.35 | 0.71 | | 321,411 |
| 10.37 | 1/1/27 | 12/31/27 | 100.00% | 343,425 | 343,425 | 0.24 | 0.68 | 0.78 | 2.35 | 0.91 | | 312,646 |
| 11.37 | 1/1/28 | 12/31/28 | 100.00% | 343,425 | 343,425 | 0.24 | 1.04 | 1.15 | 3.04 | 1.23 | | 298,896 |
| 12.37 | 1/1/29 | 12/31/29 | 100.00% | 343,425 | 343,425 | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | | 292,039 |
| 13.37 | 1/1/30 | 12/31/30 | 100.00% | 343,425 | 343,425 | 0.24 | 1.23 | 1.36 | 3.04 | 1.33 | | 287,915 |
| 14.37 | 1/1/31 | 12/31/31 | 100.00% | 343,425 | 343,425 | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | | 284,479 |
| 15.37 | 1/1/32 | 12/31/32 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 280,234 |
| 16.37 | 1/1/33 | 12/31/33 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 276,552 |
| 17.37 | 1/1/34 | 12/31/34 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 272,918 |
| 18.37 | 1/1/35 | 12/31/35 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 269,331 |
| 19.37 | 1/1/36 | 12/31/36 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 265,792 |
| 20.37 | 1/1/37 | 12/31/37 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 262,299 |
| 21.37 | 1/1/38 | 12/31/38 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 258,853 |
| 22.37 | 1/1/39 | 12/31/39 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 255,451 |
| 23.37 | 1/1/40 | 12/31/40 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 252,094 |
| 24.37 | 1/1/41 | 12/31/41 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 248,782 |
| 25.37 | 1/1/42 | 12/31/42 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 245,513 |
| 26.37 | 1/1/43 | 12/31/43 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 242,286 |
| 27.37 | 1/1/44 | 12/31/44 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 239,103 |
| 28.37 | 1/1/45 | 12/31/45 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 235,961 |
| 29.37 | 1/1/46 | 12/31/46 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 232,860 |
| 30.37 | 1/1/47 | 12/31/47 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 229,800 |
| 31.37 | 1/1/48 | 12/31/48 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 226,780 |
| 32.37 | 1/1/49 | 12/31/49 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 223,800 |
| 33.37 | 1/1/50 | 12/31/50 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 220,859 |
| 34.37 | 1/1/51 | 12/31/51 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 217,957 |
| 35.37 | 1/1/52 | 12/31/52 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 215,093 |
| 36.37 | 1/1/53 | 12/31/53 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 212,267 |
| 37.37 | 1/1/54 | 12/31/54 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 209,477 |
| 38.37 | 1/1/55 | 12/31/55 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 206,725 |
| 39.37 | 1/1/56 | 12/31/56 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 204,008 |
| 40.37 | 1/1/57 | 12/31/57 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 201,327 |
| 41.37 | 1/1/58 | 12/31/58 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 198,682 |
| 42.37 | 1/1/59 | 12/31/59 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 196,071 |
| 43.37 | 1/1/60 | 12/31/60 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 193,495 |
| 44.37 | 1/1/61 | 12/31/61 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 190,952 |
| 45.37 | 1/1/62 | 12/31/62 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 188,443 |
| 46.37 | 1/1/63 | 12/31/63 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 185,966 |
| 47.37 | 1/1/64 | 12/31/64 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 183,523 |
| 48.37 | 1/1/65 | 12/31/65 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 181,111 |
| 49.37 | 1/1/66 | 12/31/66 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 178,731 |
| 50.37 | 1/1/67 | 12/31/67 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 176,383 |
| 51.37 | 1/1/68 | 12/31/68 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 174,065 |
| 52.37 | 1/1/69 | 12/31/69 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 171,777 |
| 53.37 | 1/1/70 | 12/31/70 | 100.00% | 343,425 | 343,425 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 169,526 |
| 53.72 | 1/1/71 | 5/8/2071 | 34.79% | 343,425 | 119,493 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | | 58,715 |
| | | | | | $ 18,448,999 | | | | | | | $ 13,242,252 |

Schedule 2
Calculation based on $18,100,000
*15 year lookback - 2 cycles*

| Period | From | To | % of Year | Total Yearly Payment | Yearly Payment | Cash / Money Market Jumbo 30% | 13 Weeks 25% | 26 Weeks 25% | 10 Year Treasury 20% | Rate 100% | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.37 | 8/17/17 | 12/31/17 | 37.26% | $ 336,946 | 125,547 | 0.12 | 0.79 | 0.91 | 2.35 | 0.93 | 125,114 |
| 1.37 | 1/1/18 | 12/31/18 | 100.00% | 336,946 | 336,946 | 0.12 | 0.49 | 0.62 | 2.35 | 0.78 | 333,355 |
| 2.37 | 1/1/19 | 12/31/19 | 100.00% | 336,946 | 336,946 | 0.12 | 0.32 | 0.44 | 2.35 | 0.70 | 331,446 |
| 3.37 | 1/1/20 | 12/31/20 | 100.00% | 336,946 | 336,946 | 0.12 | 0.24 | 0.34 | 2.35 | 0.65 | 329,664 |
| 4.37 | 1/1/21 | 12/31/21 | 100.00% | 336,946 | 336,946 | 0.13 | 0.20 | 0.28 | 2.35 | 0.63 | 327,847 |
| 5.37 | 1/1/22 | 12/31/22 | 100.00% | 336,946 | 336,946 | 0.14 | 0.18 | 0.26 | 2.35 | 0.62 | 325,939 |
| 6.37 | 1/1/23 | 12/31/23 | 100.00% | 336,946 | 336,946 | 0.16 | 0.16 | 0.23 | 2.35 | 0.62 | 324,009 |
| 7.37 | 1/1/24 | 12/31/24 | 100.00% | 336,946 | 336,946 | 0.20 | 0.16 | 0.23 | 2.35 | 0.62 | 321,829 |
| 8.37 | 1/1/25 | 12/31/25 | 100.00% | 336,946 | 336,946 | 0.24 | 0.16 | 0.23 | 2.35 | 0.64 | 319,437 |
| 9.37 | 1/1/26 | 12/31/26 | 100.00% | 336,946 | 336,946 | 0.24 | 0.29 | 0.38 | 2.35 | 0.71 | 315,347 |
| 10.37 | 1/1/27 | 12/31/27 | 100.00% | 336,946 | 336,946 | 0.24 | 0.68 | 0.78 | 2.35 | 0.91 | 306,747 |
| 11.37 | 1/1/28 | 12/31/28 | 100.00% | 336,946 | 336,946 | 0.24 | 1.04 | 1.15 | 3.04 | 1.23 | 293,257 |
| 12.37 | 1/1/29 | 12/31/29 | 100.00% | 336,946 | 336,946 | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | 286,529 |
| 13.37 | 1/1/30 | 12/31/30 | 100.00% | 336,946 | 336,946 | 0.24 | 1.23 | 1.36 | 3.04 | 1.33 | 282,483 |
| 14.37 | 1/1/31 | 12/31/31 | 100.00% | 336,946 | 336,946 | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | 279,112 |
| 15.37 | 1/1/32 | 12/31/32 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 274,947 |
| 16.37 | 1/1/33 | 12/31/33 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 271,334 |
| 17.37 | 1/1/34 | 12/31/34 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 267,769 |
| 18.37 | 1/1/35 | 12/31/35 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 264,250 |
| 19.37 | 1/1/36 | 12/31/36 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 260,777 |
| 20.37 | 1/1/37 | 12/31/37 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 257,351 |
| 21.37 | 1/1/38 | 12/31/38 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 253,969 |
| 22.37 | 1/1/39 | 12/31/39 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 250,632 |
| 23.37 | 1/1/40 | 12/31/40 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 247,338 |
| 24.37 | 1/1/41 | 12/31/41 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 244,088 |
| 25.37 | 1/1/42 | 12/31/42 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 240,881 |
| 26.37 | 1/1/43 | 12/31/43 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 237,715 |
| 27.37 | 1/1/44 | 12/31/44 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 234,591 |
| 28.37 | 1/1/45 | 12/31/45 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 231,509 |
| 29.37 | 1/1/46 | 12/31/46 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 228,467 |
| 30.37 | 1/1/47 | 12/31/47 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 225,464 |
| 31.37 | 1/1/48 | 12/31/48 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 222,502 |
| 32.37 | 1/1/49 | 12/31/49 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 219,578 |
| 33.37 | 1/1/50 | 12/31/50 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 216,693 |
| 34.37 | 1/1/51 | 12/31/51 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 213,845 |
| 35.37 | 1/1/52 | 12/31/52 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 211,035 |
| 36.37 | 1/1/53 | 12/31/53 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 208,262 |
| 37.37 | 1/1/54 | 12/31/54 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 205,525 |
| 38.37 | 1/1/55 | 12/31/55 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 202,824 |
| 39.37 | 1/1/56 | 12/31/56 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 200,159 |
| 40.37 | 1/1/57 | 12/31/57 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 197,529 |
| 41.37 | 1/1/58 | 12/31/58 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 194,933 |
| 42.37 | 1/1/59 | 12/31/59 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 192,372 |
| 43.37 | 1/1/60 | 12/31/60 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 189,844 |
| 44.37 | 1/1/61 | 12/31/61 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 187,349 |
| 45.37 | 1/1/62 | 12/31/62 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 184,887 |
| 46.37 | 1/1/63 | 12/31/63 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 182,458 |
| 47.37 | 1/1/64 | 12/31/64 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 180,060 |
| 48.37 | 1/1/65 | 12/31/65 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 177,694 |
| 49.37 | 1/1/66 | 12/31/66 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 175,359 |
| 50.37 | 1/1/67 | 12/31/67 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 173,055 |
| 51.37 | 1/1/68 | 12/31/68 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 170,781 |
| 52.37 | 1/1/69 | 12/31/69 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 168,537 |
| 53.37 | 1/1/70 | 12/31/70 | 100.00% | 336,946 | 336,946 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 166,328 |
| 53.72 | 1/1/71 | 5/8/2071 | 34.79% | 336,946 | 117,239 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 57,607 |
| | | | | | $ 18,100,923 | | | | | | $ 12,992,411 |

Schedule 3
**Calculation based on $18,448,058**
*15 year lookback - 2 cycles*

RATED AGE - LIFE EXPECTANCY ENDING IN DECEMBER 2055

| Period | From | To | % of Year | Total Yearly Payment | Yearly Payment | 30% Cash / Money Market Jumbo | 25% 13 Weeks | 25% 26 Weeks | 20% 10 Year Treasury | 100% Rate | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.37 | 8/17/17 | 12/31/17 | 37.26% | $ 480,761 | 179,133 | 0.12 | 0.79 | 0.91 | 2.35 | 0.93 | 178,515 |
| 1.37 | 1/1/18 | 12/31/18 | 100.00% | 480,761 | 480,761 | 0.12 | 0.49 | 0.62 | 2.35 | 0.78 | 475,637 |
| 2.37 | 1/1/19 | 12/31/19 | 100.00% | 480,761 | 480,761 | 0.12 | 0.32 | 0.44 | 2.35 | 0.70 | 472,914 |
| 3.37 | 1/1/20 | 12/31/20 | 100.00% | 480,761 | 480,761 | 0.12 | 0.24 | 0.34 | 2.35 | 0.65 | 470,370 |
| 4.37 | 1/1/21 | 12/31/21 | 100.00% | 480,761 | 480,761 | 0.13 | 0.20 | 0.28 | 2.35 | 0.63 | 467,779 |
| 5.37 | 1/1/22 | 12/31/22 | 100.00% | 480,761 | 480,761 | 0.14 | 0.18 | 0.26 | 2.35 | 0.62 | 465,056 |
| 6.37 | 1/1/23 | 12/31/23 | 100.00% | 480,761 | 480,761 | 0.16 | 0.16 | 0.23 | 2.35 | 0.62 | 462,303 |
| 7.37 | 1/1/24 | 12/31/24 | 100.00% | 480,761 | 480,761 | 0.20 | 0.16 | 0.23 | 2.35 | 0.62 | 459,192 |
| 8.37 | 1/1/25 | 12/31/25 | 100.00% | 480,761 | 480,761 | 0.24 | 0.16 | 0.23 | 2.35 | 0.64 | 455,779 |
| 9.37 | 1/1/26 | 12/31/26 | 100.00% | 480,761 | 480,761 | 0.24 | 0.29 | 0.38 | 2.35 | 0.71 | 449,943 |
| 10.37 | 1/1/27 | 12/31/27 | 100.00% | 480,761 | 480,761 | 0.24 | 0.68 | 0.78 | 2.35 | 0.91 | 437,672 |
| 11.37 | 1/1/28 | 12/31/28 | 100.00% | 480,761 | 480,761 | 0.24 | 1.04 | 1.15 | 3.04 | 1.23 | 418,425 |
| 12.37 | 1/1/29 | 12/31/29 | 100.00% | 480,761 | 480,761 | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | 408,825 |
| 13.37 | 1/1/30 | 12/31/30 | 100.00% | 480,761 | 480,761 | 0.24 | 1.23 | 1.36 | 3.04 | 1.33 | 403,052 |
| 14.37 | 1/1/31 | 12/31/31 | 100.00% | 480,761 | 480,761 | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | 398,242 |
| 15.37 | 1/1/32 | 12/31/32 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 392,300 |
| 16.37 | 1/1/33 | 12/31/33 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 387,145 |
| 17.37 | 1/1/34 | 12/31/34 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 382,057 |
| 18.37 | 1/1/35 | 12/31/35 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 377,037 |
| 19.37 | 1/1/36 | 12/31/36 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 372,082 |
| 20.37 | 1/1/37 | 12/31/37 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 367,193 |
| 21.37 | 1/1/38 | 12/31/38 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 362,368 |
| 22.37 | 1/1/39 | 12/31/39 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 357,606 |
| 23.37 | 1/1/40 | 12/31/40 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 352,907 |
| 24.37 | 1/1/41 | 12/31/41 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 348,270 |
| 25.37 | 1/1/42 | 12/31/42 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 343,693 |
| 26.37 | 1/1/43 | 12/31/43 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 339,177 |
| 27.37 | 1/1/44 | 12/31/44 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 334,720 |
| 28.37 | 1/1/45 | 12/31/45 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 330,321 |
| 29.37 | 1/1/46 | 12/31/46 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 325,981 |
| 30.37 | 1/1/47 | 12/31/47 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 321,697 |
| 31.37 | 1/1/48 | 12/31/48 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 317,470 |
| 32.37 | 1/1/49 | 12/31/49 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 313,298 |
| 33.37 | 1/1/50 | 12/31/50 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 309,181 |
| 34.37 | 1/1/51 | 12/31/51 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 305,118 |
| 35.37 | 1/1/52 | 12/31/52 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 301,109 |
| 36.37 | 1/1/53 | 12/31/53 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 297,152 |
| 37.37 | 1/1/54 | 12/31/54 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 293,247 |
| 38.37 | 1/1/55 | 12/31/55 | 100.00% | 480,761 | 480,761 | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 289,394 |
| | | | | | $ 18,448,058 | | | | | | $ 14,544,228 |

**Schedule 4**
**Calculation based on $18,100,000**
*15 year lookback - 2 cycles*

RATED AGE - LIFE EXPECTANCY ENDING IN DECEMBER 2055

| | | | | | | | 30% | 25% | 25% | 20% | 100% | |
| | | | | Total Yearly | | | Cash / Money | | | | | |
| Period | From | To | % of Year | Payment | Yearly Payment | | Market Jumbo | 13 Weeks | 26 Weeks | 10 Year Treasury | Rate | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.37 | 8/17/17 | 12/31/17 | 37.26% | $ 471,691 | 175,753 | | 0.12 | 0.79 | 0.91 | 2.35 | 0.93 | 175,147 |
| 1.37 | 1/1/18 | 12/31/18 | 100.00% | 471,691 | 471,691 | | 0.12 | 0.49 | 0.62 | 2.35 | 0.78 | 466,663 |
| 2.37 | 1/1/19 | 12/31/19 | 100.00% | 471,691 | 471,691 | | 0.12 | 0.32 | 0.44 | 2.35 | 0.70 | 463,991 |
| 3.37 | 1/1/20 | 12/31/20 | 100.00% | 471,691 | 471,691 | | 0.12 | 0.24 | 0.34 | 2.35 | 0.65 | 461,496 |
| 4.37 | 1/1/21 | 12/31/21 | 100.00% | 471,691 | 471,691 | | 0.13 | 0.20 | 0.28 | 2.35 | 0.63 | 458,953 |
| 5.37 | 1/1/22 | 12/31/22 | 100.00% | 471,691 | 471,691 | | 0.14 | 0.18 | 0.26 | 2.35 | 0.62 | 456,281 |
| 6.37 | 1/1/23 | 12/31/23 | 100.00% | 471,691 | 471,691 | | 0.16 | 0.16 | 0.23 | 2.35 | 0.62 | 453,580 |
| 7.37 | 1/1/24 | 12/31/24 | 100.00% | 471,691 | 471,691 | | 0.20 | 0.16 | 0.23 | 2.35 | 0.62 | 450,529 |
| 8.37 | 1/1/25 | 12/31/25 | 100.00% | 471,691 | 471,691 | | 0.24 | 0.16 | 0.23 | 2.35 | 0.64 | 447,180 |
| 9.37 | 1/1/26 | 12/31/26 | 100.00% | 471,691 | 471,691 | | 0.24 | 0.29 | 0.38 | 2.35 | 0.71 | 441,454 |
| 10.37 | 1/1/27 | 12/31/27 | 100.00% | 471,691 | 471,691 | | 0.24 | 0.68 | 0.78 | 2.35 | 0.91 | 429,415 |
| 11.37 | 1/1/28 | 12/31/28 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.04 | 1.15 | 3.04 | 1.23 | 410,531 |
| 12.37 | 1/1/29 | 12/31/29 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | 401,112 |
| 13.37 | 1/1/30 | 12/31/30 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.23 | 1.36 | 3.04 | 1.33 | 395,448 |
| 14.37 | 1/1/31 | 12/31/31 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.22 | 1.34 | 3.04 | 1.32 | 390,729 |
| 15.37 | 1/1/32 | 12/31/32 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 384,898 |
| 16.37 | 1/1/33 | 12/31/33 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 379,840 |
| 17.37 | 1/1/34 | 12/31/34 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 374,849 |
| 18.37 | 1/1/35 | 12/31/35 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 369,923 |
| 19.37 | 1/1/36 | 12/31/36 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 365,062 |
| 20.37 | 1/1/37 | 12/31/37 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 360,265 |
| 21.37 | 1/1/38 | 12/31/38 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 355,531 |
| 22.37 | 1/1/39 | 12/31/39 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 350,859 |
| 23.37 | 1/1/40 | 12/31/40 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 346,249 |
| 24.37 | 1/1/41 | 12/31/41 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 341,699 |
| 25.37 | 1/1/42 | 12/31/42 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 337,209 |
| 26.37 | 1/1/43 | 12/31/43 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 332,778 |
| 27.37 | 1/1/44 | 12/31/44 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 328,405 |
| 28.37 | 1/1/45 | 12/31/45 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 324,089 |
| 29.37 | 1/1/46 | 12/31/46 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 319,830 |
| 30.37 | 1/1/47 | 12/31/47 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 315,628 |
| 31.37 | 1/1/48 | 12/31/48 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 311,480 |
| 32.37 | 1/1/49 | 12/31/49 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 307,387 |
| 33.37 | 1/1/50 | 12/31/50 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 303,348 |
| 34.37 | 1/1/51 | 12/31/51 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 299,362 |
| 35.37 | 1/1/52 | 12/31/52 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 295,428 |
| 36.37 | 1/1/53 | 12/31/53 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 291,546 |
| 37.37 | 1/1/54 | 12/31/54 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 287,715 |
| 38.37 | 1/1/55 | 12/31/55 | 100.00% | 471,691 | 471,691 | | 0.24 | 1.24 | 1.36 | 3.04 | 1.33 | 283,934 |
| | | | | | $ 18,100,000 | | | | | | | $ 14,269,823 |

Case 5:18-cv-01240-C   Document 221-2   Filed 06/17/19   Page 10 of 19

## EXPERIENCE PROFILE

### CHRISTOPHER WARREN YOUNG, JR., PH.D., M.B.A., CVA, MAFF

Assistant Professor
Rutgers Business School
Newark and New Brunswick
1 Washington Park
Newark, NJ 07102
chris.young@rutgers.edu

Managing Member
Red Maple Economics LLC
Economics and Strategic Consulting
24 Stone Cliff Terrance
Oak Ridge, NJ 07438
chris@redmapleeconomics.com

## EDUCATION

- Ph.D. in Global Political Economy and International Finance/Division of Global Affairs, Rutgers University, NJ (2009)
- M.B.A. in Professional Accounting and Finance, Rutgers University, NJ (1999)
- attended M.A. in Mathematics, CUNY, NY (1999)
- attended M.A. in Economics, MSU, NJ (1998)
- B.F.A. in Fine Arts, Montclair State University (1994)

## CERTIFICATIONS

- Certified Valuation Analyst (CVA) - National Association of Certified Valuators and Analysts
- Master Analyst in Forensic Finance (MAFF) - National Association of Certified Valuators and Analysts

## FIELDS OF PROFESSIONAL SPECIALIZATION

Business and Market Ethics and Economic Systems, Valuation, Business Strategy, Economic and Financial Modeling, Decision Analysis, Commercial Damages, Intellectual Property Damages and Calculations

## HONORS AND AWARDS

- 2016 Thomas H. Mott Jr. Award for Excellence in Teaching (professor of the year award, nominated by Rutgers Business School undergraduate student body)
- 2017 Rutgers Woman's Lacrosse, Excellence in Teaching Honor, nominated by a senior

1

member of the Woman's Lacrosse Team
- "5.0" Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2008- 2009
- "Outstanding" Teaching Ratings, School of Diplomacy, Seton Hall University, 2014
- Teaching Commendation Award, Stillman School of Business, Seton Hall University, various years

## ACADEMIC POSITIONS HELD

- Assistant Professor, Rutgers University, School of Business, July 2014 to present
- Rutgers Institute for Ethical Leadership – Research Fellow
- Part-time Professor, Seton Hall University, Departments of Finance and Legal Studies, Economics and Legal Studies and the School of Diplomacy, September 2002 to August 2008 and June 2009 to July 2014
- Full-time Visiting Assistant Professor, Department of Economics, Seton Hall University, August 2008 to June 2009

## PROFESSIONAL POSITIONS HELD

- Managing Member, Red Maple Economics LLC, *April 2018 to present*
- Principal of the Firm, Valuation, Strategy and Litigation Support, Sobel & Co., LLC, *September 2012 to April 2018*
- Managing Director, M&A/Investment Banking, Berkery Noyes & Co. LLC, *June 2010 to September 2012*
- Global Director, Strategy, Dow Jones Corporation/Wall Street Journal, *December 2008 to June 2010*
- Vice President, CFO and Head of Strategy, Thomson Reuters, *September 2002 to July 2007*
- Vice President - Private Equity, Commonwealth Associates (ComVest Ventures), *June 2000 to September 2001*
- Director - Venture Debt, The CIT Group, *December 1998 to June 2000*
- Senior Consultant, Ernst & Young, LLP, *September 1995 to December 1998*
- Co-Founder, Results, Inc., *January 1993 to September 1995*

## VOLUNTEERING / PROFESSIONAL SERVICE

- Supreme Court of New Jersey, Office of Attorney Ethics, Fee Arbitration Committee, *September 1, 2015*
- Vice President, Eastern Region, The National Association of Forensic Economics, *January 2018 to the present*
- Editorial Board, Journal of Leadership and Management, *October 2014 to present*

## EDITORIAL REVIEW

- Editorial Reviewer (ad hoc), Journal of Forensic Economics, *May 2014 to present*
- Editorial Reviewer (ad hoc), Journal of Religion and Business Ethics, *September 2014 to present*
- Editorial Reviewer (ad hoc), Routledge Publishing, *November 2014 to present*

## MILITARY SERVICE

**United States Army**

11th Special Forces (Airborne), October 1990 to October 1995 (when inactivated) IRR until 1998

411th Civil Affairs, Civil Affairs and Psychological Operations Command, Oct. 2001 to Oct. 2003

## COURSES TAUGHT

**Rutgers University, School of Business**
- Business Policy and Strategy
- Business Ethics and Society
- Strategic Management
- Global Management MBA
- Business Ethics MBA

**Seton Hall University, Stillman School of Business**
- Principles of Micro-Economics
- Principles of Macro-Economics
- Money and Banking
- Corporate Finance
- Economic Pre-Qualifying Course
- Doing Business in Cuba
- An Examination of Global Economic Crises
- Government, Business and Ethics
- International Economics

**Seton Hall University, School of Diplomacy**
- International Political Economy
- Institutions of Global Governance
- Advisor to United Nations Mock Project in Philadelphia

## PEER REVIEWED PUBLICATIONS / FORTHCOMING / UNDER REVIEW

- Young, Christopher W. "Raising the Stakes: When a Working Shareholder Takes Your Clients," *revise and resubmit* Journal of Legal Economics.
- Young Christopher W., and Janos James. "Incongruent Court Advice: Examining Fair Value and Fair Market Value Standards in Commercial Damages Cases Pursuant to Minority Claims," Forthcoming Journal of Forensic Economics, Issue #1 2019.
- Young, Christopher W. "Integrating Dividends, Interest and Value in Commercial Damage Cases: Toward a Comprehensive Methodology", The Earnings Analyst, Volume 15, *2016*
- Young, Christopher W. and Wayne Eastman, "The Structural Failures of the Heavenly Markets", Journal of Rationality and Society, *Spring 2013.*
- Young, Christopher W., "Understanding the Fatality of God in Democratic Capitalist Societies", Ph.D. Dissertation, ProQuest Dissertations and Theses, *2009.*
- Young, Christopher W., Teaching Business Ethics, BOOK PUBLICATION with Edward Elger Publishing. Forthcoming, *Fall 2019.*

3

Case 5:18-cv-01240-C    Document 221-2    Filed 06/17/19    Page 13 of 19

## ARTICLES PUBLISHED

- "The Enchanted Accountant: Three Ways to Become a Trusted and Strategic Advisor," New Jersey CPA Magazine, *July 2019*
- "New Jersey - The Past and Foreseeable Future," New Jersey CPA Magazine, *March 2015*
- "Leading Us Out of Recession," Inside Business Journal, Volume Thirteen, Number Eleven, *Nov. 2010*
- "Bringing Trust Back to the Free-Market," New Jersey News Room, *Aug. 26, 2010*
- "Keynes, Obama & the Future," New Jersey News Room, *Jul. 30, 2010*
- "Times of Uncertainty Not Helped by President Obama's Financial Reform Bill," New Jersey News Room, *Jul. 26, 2010*

## WORKING PAPERS

- "Pareto Apologetics: Defining the Forensic Economists Professional Ethics" paper being presented at the Western Economic Association meeting on June 30, 2019
- "Tug of Ethical Choice: Comparing the Diversity of the Opinion with the Diversity of the Opiners" Rutgers University
- "Religious member's income returs to the education," Rutgers University
- Co-author with Wayne Eastman, Rutgers University, "The Logic and Illogic of Political Identities", Rutgers University
- "The Unholy Paradox," preparing a revision of doctoral dissertation for book submission

## ACADEMIC CONFERENCE PROCEEDINGS

- Young, Christopher W. "Raising the Stakes: When a Working Shareholder Takes Your Clients," National Association of Forensic Economics, Eastern Economic Association Annual Conference 2019
- "The Tokenization Economy: Valuing Digital Token Assets" National Association of Forensic Economics, American Economic Association Annual Conference 2018
- "Incongruent Court Advice: Examining Fair Value and Fair Market Value Standards in Commercial Damages Cases Pursuant to Minority Claims," American Economic Association Annual Meeting, 2017 (NAFE Session), also presented at the Western Economic Association Annual Meeting. 2017 (NAFE Session)
- Young, Christopher W. "Integrating Dividends, Interest and Value in Commercial Damage Cases: Toward a Comprehensive Methodology", Western Economic Association Annual Meeting 2015
- "I Will Pay More for Voting Stock, Right? (Analysis of non-voting discounts), Western Economic Association Annual Meeting, Oregon 2016
- "Pitfalls in Valuation," a presentation at the Allied Social Sciences Association Conference in San Francisco, California, January 2016
- "Critical Business Ethics," a roundtable discussion at the 2014 Society for Business Ethics Annual Conference, Philadelphia 2014
- "Religion and Earnings," a paper presented at the 2014 National Association of Forensic Economics, Eastern Conference, Boston March 2014
- "Lemons, Cherries and Church," a paper presented at the 2011 ASREC Annual Conference,

4

Case 5:18-cv-01240-C   Document 221-2   Filed 06/17/19   Page 14 of 19

February 2011

- "Dodd-Frank," a paper presented at the 2010 Fall Forum on Regulation, sponsored by the Stillman School of Business, Seton Hall University, October 2010
- "Momma's Home," a paper presented at the 2009 Colloquium on Financial Crises, sponsored by the Stillman School of Business, Seton Hall University, April 2009
- "The Economics of Culture, Understanding Supply and Demand Studies," 2008 International Studies Association, Peer Reviewed Annual Conference, Paper Presentation, January 2008
- "The Corporation as Social Actor," paper presented to undergraduate students and Bennington College, sponsored by Bennington College, May 2007
- "Danish Cartoons, Global Islam and Violence," Ambassador S. Azmat Hassan (Ret.), M.A., M.Sc., Christopher Warren Young Ph.D. Candidate, Rutgers University, Dr. Robert Saunders, Farmingdale State College, 2006 Roundtable Discussion, sponsored by The Center for Global Change and Governance at Rutgers-Newark's 2nd Annual Student-Run Conference, June 2006
- "The Disintermediation of Diplomatic Communication: Propaganda, Lobbying, and Public Diplomacy," Dr. Geoffrey Allen Pigman, Bennington College, Anthony Deos, University of Kent, Christopher W. Young, Ph.D. Candidate, Rutgers University, 2006 International Studies Association, Peer Reviewed Annual Conference, Paper Presentation, January 2006
- "The Unholy Paradox," 2006 International Studies Association Annual Conference, January 2006
- "The Enlightenment, Modernity, Economics and Biotechnology," 2005 Roundtable Discussion, The Center for Global Change and Governance at Rutgers-Newark's Conference: June 2005

## OTHER CONFERENCE ACTIVITIES

- Member of the Eastern Economic Association Annual Conference Committee Organizer, 2018 and 2019.
- Organized 4 and 5 panels for the National Association of Forensic Economics, 2018 and 2019 Eastern Economic Association Conference, respectively
- Discussant for paper: Stock Options in Wrongful Termination Cases, Joseph Goldberg, Eastern Economic Association, Washington DC, *February 2016*
- Discussant for paper: Tax Gross Ups for Multiple Years by Dr. Michael Nieswiadomy, University of North Texas, Western Economics Association, Honolulu, Hawaii, *June 2015*
- Discussant for paper: Disputed Valuation: Recent Case Examples - Valuing Assets and Companies in Emerging Markets, by Oksana Kitaychik, NERA, Eastern Economic Association Annual Meeting, New York, *February 2015*
- Discussant for paper: "The Rule of 70, by Dr. Larry Spizman", NAFE Session, Annual Meeting of Allied Social Sciences Association, Boston *2015*
- Discussant for paper: "Economic Foundation of Damages in Personal Injury and Wrongful Death Law, by Dr. Scott Gilbert", NAFE Session, Annual Meeting of Allied Social Sciences Association, Philadelphia, *2014*
- Discussant for panel: "Ideology in Economics," ASREC 2011, Arlington, VA
- Discussant for panel: "Reason and Economics," International Studies Association Annual Conference, San Diego, *2008*
- Reviewer: 2000 Rutgers Business Competition, Rutgers, NJ, June 2000 Reviewer: *2012*
- Sparta's Business Competition, Sparta, NJ, *July 2012*

5

## PROFESSIONAL PRESENTATIONS

- Ethics and Artificial Intelligence, the Coming Challenges. Rutgers University Executive Education, *May 2019*
- Wrongful Termination: A Case Study presented at Greenbaum Rowe, *May 21 2019*
- Wrongful Termination: A Case Study presented at Mandelbaum Salsberg, *April 17, 2019*
- Valuation 101: A Case Study at Townsend Tomaio, Newmark, Continuing Legal Class, *April 2019*
- Making Ethical Decision, talk given at Comcast/NBCUniversal to a group of executive and entrepreneurs, *August 2017*
- Understanding Fair Market vs. Fair Value in Litigation presented at Riker Danzig, *June 13, 2017*
- Breaking Up Is Hard To Do: Business Divorce co-presented with Alan Pralgever, Litigators Roundtable, *April 20, 2017*
- Commercial Damages 101: A Case Study presented at Mandelbaum Salsberg, *May 4, 2017*
- Commercial Damages 101: A Case Study presented at Porzio Bromberg, *April 18, 2017*
- Valuation 101: A Case Study at Sobel & Co. Continuing Legal Class, *April 6, 2017*
- The Top 10 Valuation Mistakes presented at Norris, McLaughlin & Marcus, *March 16, 2017*
- Commercial Damages 101: A Case Study presented at Chiesa, Shahinian & Giantomasi *February 21, 2017*
- Understanding Fair Market vs. Fair Value in Litigation: presented at Mandelbaum Salsberg, *February 16, 2017*
- Understanding Fair Market vs. Fair Value in Litigation: presented Sobel & Co. LLC *February 7, 2017*
- Understanding Fair Market vs. Fair Value in Litigation presented to the Bergen County Bar Association, *January 26, 2017*
- 2016 Economic Outlook, presentation to 50 executives at Sobel, *February 2016*
- The Top 10 Mistakes in Business Valuation, presentation to Hoagland Longo, *December 9, 2015*
- Valuation 101: presentation to Riker Danzig, *October 26, 2015*
- The Top 10 Mistakes in Business Valuation, presentation to Porzio, Bromberg, *September 9, 2015*
- Valuation 101: Sobel & Co., Litigators Roundtable, *February 2015*
- Valuation 101: Townsend, Tomaio Law Firm - Morristown, *April 2015*
- Valuation 201: Townsend , Tomaio Law Firm - Morristown, *July 14, 2015*
- Commercial Damages 101: Sobel & Co., Breakfast Discussion, *March 2015*
- Intellectual Property Damages: Association for Corporate Growth, Members Forum, *February 2015*
- Common Valuation Mistakes: Sobel & Co., Litigators Roundtable, *January 2015*
- Invited Speaker at Sobel & Co., Litigators Roundtable, *September 11, 2014.*
- Invited Speaker at the Financial Trading Architecture Summit (High Frequency Trading), New York City, NY, *April 2011*
- Speaker at the Annual Investorside Conference, New York City, NY, *Apr. 2011*
- Speaker at the SIFMA, Private Client Conference, *May 2011*
- Wall Street Journal, Vertically migrating financial news into a full service financial information services provider, *Winter 2009*
- Thomson Healthcare, Senior Executive Conference: 2008 Exploiting Social Media as a Mechanism for Pharmaceutical Messaging, Understanding the Challenges, the Opportunities

Case 5:18-cv-01240-C    Document 221-2    Filed 06/17/19    Page 16 of 19

and the Regulations, *June 2008*
- Thomson Financial Executive Committee: Exploiting Digital File Sharing as Next Generation Investment Banking Due Diligence Rooms, *Winter 2007*
- Thomson Financial Executive Committee: How to Monetize People and Customer Profile Data, Building the Next Generation Key Opinion Leader Database, *Fall 2007*

## MEDIA INTERVIEWS

- Bergen Record (discussed the role of Cuba in the US Economy), *February 25, 2015*
- WWOR Radio (discussant about BlackFriday), *November 26, 2013*
- Providence Journal, quoted in the article, "American Dream is in Danger," *Apr. 2012*
- Inside Market Data, quoted in the article, "Research M&A, Helps Clients," *Jan. 2011*
- The Star Ledger, quoted in the article, "There's No Simple Solution to Job Creation," *Sept. 2010*
- Newsweek (interview regarding the recent insider trading scandal), *Nov. 2010*
- Channel 9 News (radio discussant Financial Crisis), *Oct. 2008*
- Stu Taylor Radio Show (radio discussant – TARP), *Nov. 2008*
- New Jersey Now, WWOR (television discussant – TARP), *Nov. 2008*
- Seton Hall University (discussant about the Obama Economic Plan), *Dec. 2008*
- One on One with Steve Adubato (television discussant on Obama Economic Plan, TARP), *Dec. 2008*
- Stu Taylor Radio Show (Discussant – Stimulus Bill), *Feb. 2009*

## MEMBER ASSOCIATIONS

- Collegium for Pecuniary Damage Experts (CPDE)
- National Association of Forensic Economics (NAFE) (Presently the Vice President of the Northeast Region and Board Member)
- Society of Business Ethics (SBE)
- National Association of Certified Valuators and Analysts (NACVA)
- American Economic Association (AEA)

## TRIALS, DEPOSITIONS, MEDIATIONS AND ARBITRATIONS

Arbitration: Donald Julich, Jr. v. David Julich, Richard Julich, and Crown Fish Company.
- Case: Declaratory Judgement, Buyout of Donald's Ownership Interest [Shareholder Oppression]
- Date: June 11, 2019
- Client: Callagy Law (representing the complainant)
- Ability-to-Pay Analysis Hearing

Deposition: Robert B. Johnson, Trustee, et al. v. Gibbs Wire & Steel Company, Inc.
- Case: Multiple, Shareholder Oppression, Fraud (underlying legal malpractice case)
- Date: December, 2018
- Client: Berman and Sable LLC (representing the plaintiff)

7

- Court: Superior Court, Judicial District of Stamford CT, Complex Litigation Docket

Arbitration: QPharma, Inc. and Patrick Den Boer v. Sela2, Inc. d/b/a Skila, Inc. QForma, Inc., Skila Holdings, Inc., and Belhealth Investment Partners, Inc.
- Case: Fraud, Fraudulent Inducement
- Date: September 2018
- Client: Riker Danzig Scherer Hyland & Perretti LLP (representing the complainant)
- Trier of Fact: American Arbitration Association, Commercial Dispute

Deposition: Cook Moran & Associates, Inc. v. Brian Scrocca and Alliant Insurance Services, Inc.
- Case: Breach of Contract, Conversion, Unjust Enrichment
- Date: August 2018
- Client: Cole Shotz, LLP (representing the plaintiff)
- Court: Superior Court of New Jersey, Bergen County Division

Deposition: Kenneth Pasternak v. Adam Mermelstein, et al.
- Case: Fraud, Breach of Duty of Loyalty and Fiduciary Duty, Unfair Competition, Theft of Trade Secrets,
- Date: March 2018
- Client: Calcagni & Kanefsky, LLP (representing the plaintiff)
- Court: Superior Court of New Jersey, Bergen County Division

Deposition: Eric Inselberg, et al. v. New York Football Giants, Inc., et al.
- Case: Fraud
- Date: December 22, 2017
- Client: Clinton, Brook and Peed Law Firm (representing the plaintiff)
- Court: Superior Court of New Jersey, Bergen County Division

Deposition: Robert B. Johnson, Trustee, et al. v. Gibbs Wire & Steel Company, Inc.
- Case: Multiple, Shareholder Oppression, Fraud (underlying legal malpractice case)
- Date: October 20, 2017
- Client: Berman and Sable LLC (representing the plaintiff)
- Court: Superior Court, Judicial District of Stamford CT, Complex Litigation Docket.

Arbitration: Donald Julich, Jr. v. David Julich, Richard Julich, and Crown Fish Company.
- Case: Declaratory Judgement, Buyout of Donald's Ownership Interest [Shareholder Oppression]
- Date: October 11 to October 13
- Client: Genova Burns (representing the complainant)
- Confidential Arbitration before Hon. Thomas P. Olivieri (Ret.)

Deposition: 365 Warranty v. TMI Solutions Inc.
- Case: Breach of Contract, Tort Claims
- Date: August 2017
- Client: Reiter Law Firm (representing the plaintiff)
- Court: Superior Court of New Jersey, Middlesex County Chancery Division

8

Deposition: Intelliquit v. Bedfont Scientific LTD
- Case: Misappropriation of Property,  Tort Claims
- Date: June 2017
- Client: Intelliquit (representing the plaintiff)
- Court: Superior Court of New Jersey Law Division: Bergen County

Deposition: RPC v Gilligan
- Case: Breach of Contract Date
- Date: November 23, 2016
- Client: Johnson & Johnson (representing the defendant)
- Court: Superior Court of New Jersey Law Division: Morris County

Trial: Blinds To Go (US) v. Times Plaza Development., LP.,
- Case: Breach of Contract
- Date: August 4, 2016
- Client: Law Offices of Kenneth Glassman (representing the defendant)
- Court: Appellate Division, Supreme Court, Kings County, New York

Trial: Blinds To Go (US) v. Times Plaza Development., LP.,
- Case: Breach of Contract
- Date: June 8, 2016
- Client: Law Offices of Kenneth Glassman (representing the defendant)
- Court: Appellate Division, Supreme Court, Kings County, New York

Arbitration: Martin J. Carroll, Jr., Combined Computer Resources, Inc., MTLM Management Corp. V. Thomas Wishney and Laura Palamar
- Case: Breach of Fiduciary Duties, Tortious Interference
- Date: May 25, 2016
- Client: Jones, Wolf & Kapasi (representing the defendant)
- Court: Superior Court of New Jersey Law Division: Middlesex County

Trial: Wichansky v. Zowine
- Case: Breach of Fiduciary Duty, Retaliation of Fraudulent Billing Claim, Computer Fraud
- Date: April 2016 (2 days of testimony)
- Client: Callagy Law (representing the plaintiff)
- Court: United States District Court, 9th District, Arizona

Deposition: Wichansky v. Zowine
- Case: Breach of Fiduciary Duty, Retaliation of Fraudulent Billing Claim, Computer Fraud
- Date: September 2015
- Client: Callagy Law (representing the plaintiff)
- Court: United States District Court, 9th District, Arizona

Deposition: Aviation Training Consultants v. Sikorsky (Lockheed Martin and United Technologies)
- Case: Breach of Joint Venture
- Date: August 2015
- Client: Durbin, Larimore and Bialick (representing the plaintiff)

Deposition: Uflex v. PIM
- Case: Breach of Contract
- Date: August 2015
- Client: Porzio, Bromberg & Newman (representing the defendant)

Trial: Velox Corporation
- Case: Misappropriation of Intellectual Property
- Date: July 2015
- Client: K+L Gates (representing the plaintiff)
- Court: Superior Court of New Jersey, Law Division, Morris County

Trial: Kamal Srahin v. ADM Management, Inc.
- Case: Fraud, Tortious Interference, Breach of Contract
- Date: June 2015
- Client: Law Offices of Richard Vrhovc (representing the defendant)
- Court: Superior Court of New Jersey, Essex County

Deposition: Gonzalo Chirino, et al. v. Proud 2 Haul, Inc., and Ivana Koprowski
- Case: Breach of Contract, Breach of Fiduciary Duty
- Date: February 26, 2015
- Client: Garrubo & Capece (representing the defendant)
- Court: Superior Court of New Jersey Law Division: Hudson County

Trial: George Prussin and The Law Funder, L.L.C. v Matthew R. Sheldon, Esq., Matthew R. Sheldon, Esq., Rory Donadio a/k/a James R. Donadio, Montclair Financial Group, Inc., Montclair Funding, Corp., Montclair Funding Group, LLC, Ryan Jeffreys, Lawsuit Capital Advisors, L.L.C., Lawsuit Funding, L.L.C., Lawsuit Capital, Management, L.L.C., Lawsuit Capital Funding, L.L.C., Solutions Corp., Scott Villanueva, Esq., Nelson Slosbergas, Esq., Bradley Braun, Gregory, Krasovsky, Esq., The Law Offices of Raul J., Sloezen and Gregory Krasovsky, Joan Gordon, Catherine Donadio, Jessica Escobar a/k/a Ana Garza a/k/a Lisa Cantu, David Solomon, Law Capital Enterprises, John Does 1-100 (fictitious names), ABC, L.L.C. 1-25 (fictitious names), and XYZ Corp. 1-25 (fictitious names)
- Case: Fraud, Tortious Interference, RICO, Breach of Fiduciary Duty
- Date: June 2014
- Client: Callagy Law (representing the plaintiff)
- Court: Superior Court of New Jersey, Bergen County

Arbitration: New Jersey Law Enforcement Supervisor's Association
- Case: Contract Dispute and Negotiation
- Date: December 2013
- Client: Pellettieri Rabstein & Altman (representing the union)