IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WALTER HAMILTON AND DIANNA HAMILTON, Individually and as Legal Guardians of the Person and Estate of KAITLIN HAMILTON, an Incapacitated Person, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-18-1240-C |
| BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) ) ) | |
| Intervenor | ) ) | |
| vs. | ) ) | |
| WALTER HAMILTON AND DIANNA HAMILTON, Individually and as Legal Guardians of the Person and Estate of KAITLIN HAMILTON, an Incapacitated Person, | ) ) ) ) ) ) | |

## ORDER

On September 23, 2019 Plaintiffs and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG, filed a Stipulation of Dismissal as to the claims between those parties. These parties also submitted a proposed Order dismissing

the case. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the matter is dismissed upon filing the Stipulation of Dismissal. See also Smith v. Phillips, 881 F.2d 902, 904 (10th Cir. 1989) (noting a dismissal under this portion of Rule 41 terminates federal jurisdiction). Accordingly, the action between the Hamiltons and the Bayer Defendants was terminated upon the filing of the parties' Stipulation of Dismissal (Dkt. No. 302). As noted in the stipulation the claims between the Hamiltons and Mutual of Omaha Insurance Company remain pending.

IT IS SO ORDERED this 25th day of September 2019.

ROBIN J. CAUTHRON
United States District Judge