IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

WALTER HAMILTON and DIANNA )
HAMILTON, Individually and as Legal )
Guardians of the Person and Estate of )
KAITLIN HAMILTON, An incapacitated )
person, )
)
                   Plaintiffs, )
)
vs. )        No. CIV-18-1240-C
)
BAYER HEALTHCARE )
PHARMACEUTICALS, INC., et al., )
)
                  Defendants, )
)
MUTUAL OF OMAHA INSURANCE )
COMPANY, )
)
                  Intervenor. )

<u>ORDER</u>

In light of the Court's rulings on the Motions for Summary Judgment of Plaintiffs and

Mutual of Omaha Insurance Company ("Mutual") Daubert Motion to Exclude Testimony of

Plaintiffs' Expert Witness, Christopher W. Young, Ph.D (Dkt. No. 246) is GRANTED. Dr.

Young's testimony was relevant only to the extent Plaintiffs could pursue their claim for

repudiation. The Court has determined that claim fails as a matter of law. Thus, there is no

reason for Dr. Young to testify.

IT IS SO ORDERED this 18th day of October, 2019.

ROBIN J. CAUTHRON
United States District Judge